Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−11338−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ki Wan Kim
  1512 Palisade Ave, #8A
  Fort Lee, NJ 07024

Social Security No.:
  xxx−xx−0729

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/28/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 30, 2026
JAN: gml

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Ki Wan Kim

Debtor

Case No. 26-11338-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Mar 30, 2026

User: admin

Form ID: 148

Page 1 of 2

Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ki Wan Kim, 1512 Palisade Ave, #8A, Fort Lee, NJ 07024-5311 |
| 520972759 | + | American Express Centurion Bank, 820 Bear Tavern Rd, West Trenton, NJ 08628-1021 |
| 520972763 | + | Hilson Management Corp, 185 Madison Ave #17, New York, NY 10016-4325 |
| 520972758 | + | The Basil Law Group P C, 125 W 31st Street #19B, New York, NY 10001-3417 |
| 520972757 | + | Woori America Bank, 330 5th Ave, 3rd Floor, New York, NY 10001-3101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521026668 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2026 21:09:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520972760 | + | EDI: DISCOVER | Mar 31 2026 00:48:00 | Capital One NA, 4590 E Broad Street, Columbus, OH 43213-1301 |
| 520972761 | + | EDI: JPMORGANCHASE | Mar 31 2026 00:48:00 | Chase Credit Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 520972762 | + | EDI: CITICORP | Mar 31 2026 00:48:00 | Citi Credit Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521032315 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 30 2026 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520972764 | ^ | MEBN | Mar 30 2026 20:58:26 | KML Law Group, 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 520972756 | | Email/Text: camanagement@mtb.com | Mar 30 2026 21:04:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 521013195 | | EDI: USBANKARS.COM | Mar 31 2026 00:48:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521026670 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 30, 2026                            Form ID: 148                                    Total Noticed: 15
TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jai-Hong Park | on behalf of Debtor Ki Wan Kim jparklawfirm@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5